UNITED STATES of America, Plaintiff–Appellee,

v.

Byron MORRIS, Defendant–Appellant.

No. 16-30166
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 09/30/2016

Carol Mignonne Griffing, Assistant U.S. Attorney, Brandon Bonaparte Brown, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee

Byron Morris, Pro se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Byron Morris has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Morris has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Morris's response. We concur with counsel's assessment that the appeal presents no nonfrivo-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

lous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.